# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALEX ROBLES

NO. 2024 KW 0172

**MAY 20, 2024**

---

In Re:     Alex Robles, applying for supervisory writs, City
           Court of Hammond, Parish of Tangipahoa, No. 2023KS818.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.**

                              **CHH**
                              **SMM**

   **McClendon, J.,** would not consider the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT